UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| RUBEN REUAD PIERSON, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00277-JPH-DLP |
| | ) | |
| DRADA, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER DISMISSING ACTION AS DUPLICATIVE AND
DIRECTING ENTRY OF FINAL JUDGMENT**

The complaint Ruben Peirson has filed in this action is identical to his complaint in another action proceeding in this Court. *Compare* dkt. 1 *to Peirson v. Drada et al.*, no. 2:20-cv-00231-JMS-MJD, dkt. 1 (Apr. 30, 2020).

"[A] district court may dismiss a complaint if it duplicates another federal case, such as when the 'claims, parties, and available relief do not significantly differ between the two actions.'" *Northern v. Stroger*, 676 F. App'x 607, 608 (7th Cir. 2017) (quoting *McReynolds v. Merrill Lynch & Co, Inc.*, 694 F.3d 873, 888–89 (7th Cir. 2012)).

The claims, parties, and available relief in these two actions do not differ at all. Therefore, this action is **DISMISSED without prejudice** as **duplicative**.

All pending motions are **denied as moot**. The **clerk is directed** to change the spelling of the plaintiff's name on the docket to "Peirson."

Final judgment consistent with this Order shall now issue.

**SO ORDERED.**

Date: 6/3/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

RUBEN REUAD PEIRSON, JR.
228093
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
CARLISLE, IN 47838